UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS CARANRIO, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PREMIER RECOVERY GROUP, INC. )<br>QUINTON M. SMITH AND )<br>JOEY YOUNGER, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:12-cv-00292-RJA-LGF |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 27, 2016.

s/Joseph Panvini  
Joseph Panvini  
Thompson Consumer Law Group, PLLC  
5235 E. Southern Ave. D106-618  
Mesa, AZ 85206  
(602) 388-8875  
(866) 317-2674 (fax)  
jpanvini@consumerlawinfo.com  
Attorney for Plaintiff  

/s/ Brandon M. Wrazen  
Brandon M. Wrazen  
Peltan Law, LLC  
128 Church St  
East Aurora, NY 14052  
(716) 655-3887  
(716) 332-6170 (fax)  
davidpeltan@peltanlaw.com  
Attorney for Defendants  

1

2

## **CERTIFICATE OF SERVICE**

I certify that on June 27, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Joseph Panvini
Joseph Panvini
